UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMY DENSTEDT,

    Plaintiff,

v.

LEGAL PREVENTION SERVICES, LLC,

    Defendant.
_____/

Case No. 1:19-cv-862

HONORABLE PAUL L. MALONEY

## ORDER OF DISMISSAL

This Court having sent to counsel for Plaintiff a Notice of Impending Dismissal (ECF No. 4) and having heard no response:

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter is hereby **DISMISSED** without prejudice.

    **IT IS SO ORDERED**.

Dated:  January 28, 2020

    /s/  Paul L. Maloney
    Paul L. Maloney
    United States District Judge